IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIANNE HARDIN
        Plaintiff

v.                                COURT FILE NO. 1:09-CV-10431-DPW

ALLIANCEONE, INC.
        Defendant

## STIPULATION OF DISMISSAL
### (Rule 41(a)(1)(A)(ii))

IT IS HEREBY STIPULATED by and between the parties hereto that:

1. All claims that have been asserted by the Plaintiff, Marianne Hardin against the Defendant, Allianceone, Inc. in this action are hereby voluntarily dismissed without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Marianne Hardin | Allianceone, Inc. |
| By her attorney | By its attorney |
| | |
| /Sergei Lemberg/ | /Michael B. Rosen/ |
| By: Sergei Lemberg | By: Michael B. Rosen |
| slemberg@lemberglaw.com | rosen_law@msn.com |
| Lemberg & Associates | Rosen & McCarthy, LLP. |
| 1100 Summer Street, 3rd Floor | 4 Whittier Road |
| Stamford, CT  06905 | Natick, MA  01760 |
| Tel: 203-653-2250 | Tel: 508-907-6444 |
| Fax: 203-653-3424 | Fax: 508-907-6446 |
| BBO# 650671 | BBO# 542750 |